The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL, INC. SECURITIES, DERIVATIVE & ERISA LITIGATION | No. 2:08-md-1919 MJP<br><br>**JOINT SUBMISSION REGARDING ANSWER TO SECURITIES COMPLAINT**<br><br>**[DLC-6/PLC-5]** |
| IN RE WASHINGTON MUTUAL, INC. SECURITIES LITIGATION | Lead Case No. C08-0387 MJP |
| This Document Relates to:<br>ALL ACTIONS | Noted for Consideration:<br>*May 28, 2009* |

## I.   INTRODUCTORY STATEMENT

On May 15, 2009, the Court entered an order [Dkt. 277] granting in part and denying in part defendants' motions to dismiss plaintiffs' Consolidated Class Action Complaint [Dkt. 67] (the "Original Complaint"). The final paragraph of the Court's order provides:

> Plaintiffs' amended complaint must be filed by Monday, June 15, 2009. Defendants must bring any motions challenging the amended complaint by Friday, July 17, 2009. Plaintiffs must file separate responses to any motions, not an omnibus response. The parties must meet the briefing schedule and page-limit standards set forth in Local Civil Rules 7(d) and 7(e).

Shortly after the Court's ruling, defendants' liaison counsel contacted plaintiffs' liaison counsel to discuss defendants' position that (i) defendants have no obligation to

JOINT SUBMISSION REGARDING ANSWER
TO SECURITIES COMPLAINT  [DLC-6/PLC-5]
(Case No. C08-0387 MJP) — 1
DWT 12925037v1 0013149-000096

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

answer the Original Complaint pending re-pleading and (ii) those defendants who move to dismiss on July 17, 2009, have no obligation to answer the Amended Complaint pending the Court's disposition of their motions.  Plaintiffs disagreed and contend that defendants must file an answer to those portions of the Original Complaint that were not dismissed on May 15, 2009, and/or that defendants must file at least a "partial answer" to the forthcoming Amended Complaint.  Liaison counsel jointly contacted the Court on May 26, 2009, and were advised to present the disagreement in the form of this joint submission.

## II. PLAINTIFFS' STATEMENT

Lead Plaintiff respectfully submits that Defendants should be required to file Answers to the Consolidated Class Action Complaint's Counts Four, Five, and Six under the Securities Act of 1933 (the "Securities Act") with respect to the October 2007 offering within a reasonable period of time, because the Court has sustained these Counts with respect to this offering.  Federal Rule of Civil Procedure 12(a)(4)(A) requires Defendants to answer the claims that have been sustained.  The sustained claims will not change materially, if at all, in the Amended Complaint to be filed by Plaintiffs in accordance with the Court's Order on Defendants' prior motions to dismiss.  These claims are going to be fully litigated regardless of whether Plaintiffs' other claims are ultimately sustained, and Rule 12 requires Defendants to answer the sustained claims so that Plaintiffs and the Court may know which allegations in these claims are admitted, which are denied, and what defenses are asserted to these claims.

Nor does answering these claims impose any undue burden on Defendants.  Counts Four, Five, and Six entail approximately 63 pages of the Consolidated Complaint (including the sections pertaining to jurisdiction and venue, the parties, the background of the Securities Act claims, the October 2007 offering, and Counts Four, Five, and Six).

Plaintiffs offered to negotiate a reasonable extension of time for Defendants to file their Answers to the sustained claims beyond the deadline set by Rule 12(a)(4)(A), and Plaintiffs remain willing to negotiate an extension or accept a deadline set by the Court.

JOINT SUBMISSION REGARDING ANSWER
TO SECURITIES COMPLAINT  [DLC-6/PLC-5]
(Case No. C08-0387 MJP) — 2
DWT 12925037v1 0013149-000096

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Plaintiffs also recognize that Defendants need not answer the claims that are to be replead until after the Court decides the anticipated motions to dismiss those replead claims.

### III. DEFENDANTS' STATEMENT

Nothing in the Federal Rules of Civil Procedure ("FRCP") requires defendants to file a "partial answer" to either the Original Complaint or the Amended Complaint:

*First*, as to the Original Complaint, FRCP 12(a)(4) provides that the Court may set a deadline for any responsive pleading following ruling on a motion to dismiss.  Here, by directing plaintiffs to file an amended complaint on June 15, 2009, and directing defendants to respond by July 17, 2009, the Court has already set a date certain (*i.e.*, July 17, 2009) for defendants to respond to the allegations against them.  Plaintiffs' Amended Complaint will supersede the Original Complaint in all respects, "'the latter being treated thereafter as non-existent.'"  *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997) (quoting *Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967)); *see* Wright & Miller, Federal Practice & Procedure § 1476 ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case and any subsequent motion made by an opposing party should be directed at the amended pleading.") (collecting cases).

It would be wasteful and pointless for defendants to prepare and file a "partial answer" to the Original Complaint before June 15, 2009, only to have the Original Complaint (as well as the answers to the Original Complaint) rendered null and void on June 15, 2009.  That is especially true here, given that plaintiffs have reserved the right to edit any or all claims in their forthcoming Amended Complaint.  Requiring defendants to prepare and file a response to allegations in the Original Complaint that may be superseded in their current form in the Amended Complaint is neither required by the Federal Rules nor consistent with "the just, speedy, and inexpensive determination of every action and proceeding."  FRCP 1.

*Second*, as to the Amended Complaint, the Court has set July 17, 2009, as the deadline for responses.  On that date, each defendant will either (i) file an answer to the Amended

JOINT SUBMISSION REGARDING ANSWER
TO SECURITIES COMPLAINT  [DLC-6/PLC-5]
(Case No. C08-0387 MJP) — 3
DWT 12925037v1 0013149-000096

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Complaint, or (ii) move to dismiss some or all of the claims pursuant to FRCP 12. In the latter instance, the moving defendant has no obligation to file an answer. *See* FRCP 12(a)(4) ("serving a motion under this rule alters [the time for serving a responsive pleading until] 10 days after notice of the court's [denial of the motion]").

Plaintiffs, however, apparently contend that each moving defendant must file a separate "partial answer" to any claims in the Amended Complaint that are not the subject of that defendant's FRCP 12 motion to dismiss. But nothing in the rules speaks of "partial answers," *see* FRCP 7(a), and "the majority of courts have expressly held that even though a pending motion to dismiss may only address some of the claims alleged, the motion to dismiss tolls the time to time to respond to all claims." *Pestube Systems, Inc. v. HomeTeam Pest Defense, LLC*, 2006 WL 1441014, at *7 (D. Ariz. 2006)) (collecting cases). *See also Rosa v. California Board of Accountancy*, 2005 WL 1899515, at *3 (E.D. Cal. 2005) (same); *Batdorf v. Trans Union*, 2000 WL 635455, at *5 (N.D. Cal. 2000) (same); *Gortat v. Capala Brothers, Inc.*, 2009 WL 1295509, at *12 (E.D.N.Y. 2009) (same); *Godlewski v. Affiliated Computer Services, Inc.*, 210 F.R.D. 571, 572 (E.D. Va. 2002) (same); *accord* Wright & Miller, Federal Practice & Procedure § 1346 (2009).

\*    \*    \*

For these reasons, defendants respectfully request an order providing that: (i) no defendant is obligated to answer or otherwise respond to the partially dismissed and soon-to-be-superseded Original Complaint; (ii) all responses to plaintiffs' forthcoming Amended Complaint—whether by answer or by motion under FRCP 12—are due July 17, 2009; and (iii) no defendant responding to the Amended Complaint by motion under FRCP 12 is obligated to file a "partial answer" to any claims pending disposition of that defendant's motion to dismiss.

JOINT SUBMISSION REGARDING ANSWER
TO SECURITIES COMPLAINT  [DLC-6/PLC-5]
(Case No. C08-0387 MJP) — 4
DWT 12925037v1 0013149-000096

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

RESPECTFULLY SUBMITTED this 28th day of May, 2009.

| DAVIS WRIGHT TREMAINE LLP | BYRNES & KELLER LLP |
|---|---|
| By: */s/ Stephen M. Rummage*<br>Stephen M. Rummage, WSBA #11168<br>1201 Third Avenue, Suite 2200<br>Seattle, Washington 98101-3045<br>Tel.: (206) 757-8018<br>Fax: (206) 757-7136<br>E-mail: steverummage@dwt.com | By: */s/ Bradley S. Keller*<br>Bradley S. Keller, WSBA# 10665<br>1000 Second Avenue, Suite 3800<br>Seattle, Washington 98104<br>Tel.: (206) 622-2000<br>Fax: (206) 622-2522<br>Email: bkeller@byrneskeller.com |
| *Liaison Counsel for Defendants* | *Liaison Counsel for Plaintiffs* |

JOINT SUBMISSION REGARDING ANSWER
TO SECURITIES COMPLAINT  [DLC-6/PLC-5]
(Case No. C08-0387 MJP) — 5

DWT 12925037v1 0013149-000096

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification, and that the remaining parties shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 28th day of May, 2009.

DAVIS WRIGHT TREMAINE LLP

By: */s/ Stephen M. Rummage*
Stephen M. Rummage, WSBA #11168
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Tel.:   (206) 757-8018
Fax:   (206) 757-7136
E-mail: steverummage@dwt.com

JOINT SUBMISSION REGARDING ANSWER
TO SECURITIES COMPLAINT  [DLC-6/PLC-5]
(Case No. C08-0387 MJP) — 6
DWT 12925037v1 0013149-000096

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700