The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL, INC. SECURITIES, DERIVATIVE & ERISA LITIGATION | No. 2:08-md-1919 MJP |
| | Lead Case No. C08-0387 MJP |
| This Document Relates to:<br>*Flaherty v. Killinger*, No. C09-1756-MJP | **STIPULATION AND ORDER REVISING BRIEFING SCHEDULE**<br><br>Note on Motion Calendar: January 12, 2010 |

WHEREAS, on October 16, 2009, the plaintiffs filed this action in the Superior Court of the State of California, County of Los Angeles; and

WHEREAS, on November 2, 2009, the defendants removed the action to the U.S. District Court for the Central District of California, and

WHEREAS, on November 12, 2009, the parties submitted a stipulation in the Central District of California extending, *inter alia*, defendants' time within which to answer, move, or otherwise respond to the complaint; and

WHEREAS, on December 12, 2009, the Judicial Panel on Multidistrict Litigation issued an order transferring the case to this Court; and

STIPULATION AND
ORDER TO REVISE BRIEFING
SCHEDULE—1
Case No. 2:08-md-01919-MJP
Lead Case No. C08-0387-MJP

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 622-3150
Fax: (206) 757-7700

WHEREAS, the plaintiffs stipulate to this Court's jurisdiction for pre-trial purposes and will not move to remand this action to state court; and

WHEREAS, the plaintiffs intend to file an amended complaint; and

WHEREAS, the defendants reserve all objections with respect to the propriety of any new claims that the plaintiffs will assert in their amended complaint, except as to service of process;

NOW, THEREFORE, the parties stipulate and agree as follows:

1. The plaintiffs will file their amended complaint on or before January 25, 2010;

2. The defendants will answer or otherwise respond to the amended complaint on or before March 5, 2010;

3. The plaintiffs will file their opposition(s) to any motion or motions to dismiss on or before April 7, 2010; and

4. The defendants will file their reply or replies in further support of any motion or motions to dismiss on or before April 30, 2010.

Dated this 12th day of January, 2010.

| SIMPSON THACHER & BARTLETT LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| Barry R. Ostrager (*pro hac vice*)<br>Mary Kay Vyskocil (*pro hac vice*)<br>425 Lexington Avenue<br>New York, New York 10017<br>Tel.:  (212) 455-2000<br>Fax:  (212) 455-2502<br>Email:  bostrager@stblaw.com<br>          mvyskocil@stblaw.com<br>*-and-*<br>Robert J. Pfister (*pro hac vice*)<br>Andrew B. Brettler (*pro hac vice*)<br>1999 Avenue of the Stars, 29th Floor<br>Los Angeles, California 90067<br>Tel.:  (310) 407-7500<br>Fax:  (310) 407-7502<br>Email:  rpfister@stblaw.com<br>Email:  abrettler@stblaw.com | By: */s/ Stephen M. Rummage*<br>     Stephen M. Rummage, WSBA #11168<br>     Steven P. Caplow, WSBA #19843<br>     1201 Third Avenue, Suite 2200<br>     Seattle, Washington 98101-3045<br>     Tel.:  (206) 757-8108<br>     Fax:  (206) 757-7136<br>     E-mail:  steverummage@dwt.com<br>               stevencaplow@dwt.com |

*Attorneys for Thomas W. Casey, Ronald Cathcart, Stephen Rotella, and David C. Schneider*

STIPULATION AND
ORDER TO REVISE BRIEFING
SCHEDULE—2
Case No. 2:08-md-01919-MJP
Lead Case No. C08-0387-MJP

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
*-and-*
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 622-3150
Fax: (206) 757-7700

| | | |
|---|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP | WILSON SONSINI GOODRICH & ROSATI PC |
| 2 | | |
| 3 | By: */s/ Jonathan Dickey*<br>Jonathan Dickey (*pro hac vice*) | By: */s/ Doug W. Greene*<br>Barry M. Kaplan, WSBA #8661 |
| 4 | 200 Park Avenue<br>New York, NY 10166-0193 | Douglas W. Greene, WSBA #22844<br>701 Fifth Avenue, Suite 5100 |
| 5 | Tel.: (212) 351-2399<br>Fax: 212) 351-6399 | Seattle, WA 98104-7036<br>Tel.: (206) 883-2500 |
| 6 | Email: jdickey@gibsondunn.com | Fax: (206) 883-2699<br>Email: bkaplan@wsgr.com |
| 7 | | Email: dgreene@wsgr.com |

*Attorneys for Defendants Goldman, Sachs & Co., Credit Suisse Securities (USA) LLP and Morgan Stanley & Co. Incorporated*

*Attorneys for Kerry Killinger*

PERKINS COIE LLP

DIETRICH SIBEN THORPE LLP

By: */s/ Ronald L. Berenstain*
  Ronald L. Berenstain, WSBA #7573
  David F. Taylor, WSBA #25689
  S. Kate Vaughan, WSBA #35970
  1201 Third Avenue Suite 4800
  Seattle, WA 98101-3099
  Tel.: (206) 359-8000
  Fax: (206) 359-9000
  Email: rberenstain@perkinscoie.com
       dftaylor@perkinscoie.com
       kvaughan@perkinscoie.com

By: */s/ David A. Thorpe*
  David A. Thorpe
  2173 Salk Avenue, Suite 250
  Carlsbad, CA 92008
  Tel.: (760) 579-7368
  Fax: (760) 579-7369
  Email: david@dstlegal.com

*Attorneys for Defendants Anne Farrell, Stephen Frank, Thomas Leppert, Charles Lillis, Phillip Matthews, Regina Montoya, Margaret Osmer McQuade, Michael Murphy, Mary Pugh, William Reed, Jr., Orin Smith, James Stever and Willis Wood, Jr.*

*Attorneys for Plaintiffs Flaherty & Crumrine Preferred Income Fund Incorporated, Flaherty & Crumrine Preferred Income Opportunity Fund Incorporated, Flaherty & Crumrine/Claymore Preferred Securities Income Fund Incorporated, Flaherty & Crumrine/Claymore Total Return Fund Incorporated and Flaherty & Crumrine Investment Grade Fixed Income Fund*

SO ORDERED this 14th day of January, 2010.

*[signature: Marsha J. Pechman]*

Marsha J. Pechman
United States District Judge

STIPULATION AND
ORDER TO REVISE BRIEFING
SCHEDULE—3
Case No. 2:08-md-01919-MJP
Lead Case No. C08-0387-MJP

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
-and-
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 622-3150
Fax: (206) 757-7700